WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Spirit Master Funding X LLC, | No. CV-18-00330-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Tennessee Ventures-Knoxville LLC, et al., | |
| Defendants. | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). In this case, the complaint fails to sufficiently plead jurisdiction. *See* 28 U.S.C. § 1332; *Johnson v. Columbia Properties Anchorage, L.P.*, 437 F.3d 894, 899 (9th Cir. 2006) (discussing the citizenship of a limited liability company).

Therefore,

**IT IS ORDERED** that, by February 9, 2018, Plaintiff shall file a supplement to the complaint properly alleging the citizenship of each party (and shall clarify the correct name of any d/b/a) or this case will be dismissed, without prejudice, for lack of federal subject matter jurisdiction.

Dated this 1st day of February, 2018.

James A. Teilborg
Senior United States District Judge